# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| BILFINGER, INC., | * | |
| | * | |
| Plaintiff | * | CIVIL ACTION NO. |
| | * | 1:24-cv-00362-JB-M |
| v. | * | |
| | * | |
| INFAB, LLC and XCEL NDT, LLC, | * | |
| | * | |
| Defendants | * | |

## DEFENDANT XCEL NDT, LLC'S MOTION TO DISMISS
## FOR LACK OF SUBJECT MATTER JURISDICTION

COMES NOW Defendant XCEL NDT, LLC ("XCEL"), and pursuant to Federal Rule of Civil Procedure 12(b)(1), hereby moves to dismiss this case for lack of subject matter jurisdiction. In support of this motion, Defendant XCEL states as follows:

1. Plaintiff filed its First Amended Complaint [Doc. 9, PageID.33-56] on October 17, 2024, seeking damages for negligent welding allegedly performed by Co-Defendant INFAB, LLC, and alleged negligent weld examination by Defendant XCEL. Plaintiff alleges that this Court has subject matter jurisdiction based on Diversity of Citizenship pursuant to 28 USC §1332 (b).  No other grounds of federal jurisdiction are alleged.

2. This motion to dismiss under Rule 12(b)(1) challenges the Court's subject matter jurisdiction to hear this case. Once challenged, the Plaintiff bears the burden of establishing that jurisdiction is proper. When a defendant challenges jurisdiction, the court may consider evidence outside the pleadings to resolve factual disputes.

3. Diversity of Citizenship in this case is lacking because Plaintiff and Defendant XCEL are both considered Texas (and possibly Delaware) citizens.

1

4. Plaintiff, a business corporation, alleges its place of incorporation to be Delaware and its principal place of business to be Texas. [Doc. 9, PageID.35 ¶ 6]. Therefore, for federal jurisdiction purposes, Plaintiff is a citizen of both Delaware and Texas.

5. For federal jurisdiction purposes, a partnership and a limited liability company is considered to be a citizen of any/all states where its members are citizens. See, e.g., *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). Defendant XCEL is a limited liability company.

6. For purposes of determining diversity jurisdiction, the citizenship of all partners, both general and limited, must also be considered. This is because a partnership, including a limited partnership, is not considered a separate legal entity for diversity purposes. Instead, it takes on the citizenship of each of its partners. Therefore, if any partner is a citizen of the same state as an opposing party, complete diversity does not exist, and federal diversity jurisdiction would not be proper. This principle was reaffirmed by the U.S. Supreme Court in *Carden v. Arkoma Associates*, 494 U.S. 185 (1990).

7. Pursuant to the attached Declaration of Cole Morehead, Defendant XCEL is a limited liability company, and its members are related to the following States:

   A. Defendant XCEL is a Kansas limited liability company with its principal place of business in Norman, Oklahoma. Its sole member is another limited liability company named XCEL Holdco, LLC.

   B. XCEL Holdco, LLC is a Delaware limited liability company with its principal place of business in New York City. Its sole member is another entity, a partnership named XCEL Topco, LP.

PD.47620210.1

C. XCEL Topco, LP is a Delaware limited partnership with its principal place of business in New York City. Its partners include the individuals Cole Morehead, Richard Bundrick, Jacob Dumas, Larry Richardson, Todd Dirksen, Chris Schropp, and Stewart White.

1. Partners of XCEL Topco, LP include each of the following individuals with their citizenship:

    a. Cole Morehead is an Oklahoma citizen.

    b. Richard Bundrick is a Texas citizen.

    c. Jacob Dumas is an Oklahoma citizen.

    d. Larry Richardson is a Texas Citizen.

    e. Todd Dirksen is a Texas Citizen.

    f. Chris Schropp is a Kansas Citizen.

    g. Stewart White is a Nebraska Citizen.

WHEREFORE, the foregoing reasons, Defendant respectfully requests that this Court dismiss the First Amended Complaint in its entirety for lack of subject matter jurisdiction.

Respectfully submitted,

*/s/Allen E. Graham*
ALLEN E. GRAHAM
GRACE L. WILLIAMS
Attorneys for Defendant, XCEL NDT, LLC

OF COUNSEL:
**PHELPS DUNBAR, LLP**
101 Dauphin Street, Suite 1000 (36602)
Post Office Box 2727
Mobile, Alabama 36652
251.432.4481
teeto.graham@phelps.com
grace.williams@phelps.com

3

PD.47620210.1

## CERTIFICATE OF SERVICE

I hereby certify that I have, on December 9, 2024, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/Allen E. Graham*
ALLEN E. GRAHAM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| BILFINGER, INC., | * | |
| | * | |
| Plaintiff | * | CIVIL ACTION NO. |
| | * | 1:24-cv-00362-JB-M |
| v. | * | |
| | * | |
| INFAB, LLC and XCEL NDT, LLC, | * | |
| | * | |
| Defendants | * | |

## DECLARATION OF COLE MOREHEAD

1. I am Cole Morehead. I am a citizen and resident of Norman, Oklahoma. I am over the age of 21 years, of sound mind and competent to make this Declaration. I have personal knowledge of the facts contained herein.

2. I am the Chief Executive Officer of XCEL NDT, LLC, named as a Defendant in the above styled action. I make this Declaration on behalf of myself and the company, XCEL NDT, LLC, and the entities identified as corporately related to Defendant XCEL in the First Amended Complaint. I make this Declaration upon due inquiry and investigation of the books and records of XCEL NDT, LLC and of the entities identified as related to Defendant XCEL in the First Amended Complaint.

3. Defendant XCEL is a Kansas Limited Liability Company with its principal place of business in Norman, Oklahoma. Its sole member is another LLC named XCEL Holdco, LLC.

   A. XCEL Holdco, LLC is a Delaware Limited Liability Company with its principal place of business in New York City. Its sole member is another LLC named XCEL Topco, LP.

   B. XCEL Topco, LP is a Delaware Limited Partnership with its principal place of business in New York City. Its partners include myself, Cole Morehead, as

1

well as each of the following individuals: Richard Bundrick, Jacob Dumas, Larry Richardson, Todd Dirksen, Chris Schropp, and Stewart White. The entities Greycliff Funds, LP and Southfield Equity, LP are also partners of XCEL Topco, LP.

1. Partners of XCEL Topco, LP include each of the following:

    a. Cole Morehead is a citizen and resident of Lexington, Oklahoma.

    b. Richard Bundrick is a citizen and resident of Gilmer, Texas.

    c. Jacob Dumas is a citizen and resident of The Village, Oklahoma.

    d. Larry Richardson is a citizen and resident of Longview, Texas

    e. Todd Dirksen is a citizen and resident of Tyler, Texas.

    f. Chris Schropp is a citizen and resident of McPherson, Kansas.

    g. Stewart White is a citizen and resident Springfield, Nebraska.

    h. Greycliff Funds, LP is a Delaware limited partnership with its principal place of business in New York.

    i. Southfield Equity, LP is a Delaware limited partnership with its principal place of business in Connecticut.

4. I understand that I am making this Declaration in connection with the above litigation and in consideration of the federal court's diversity jurisdiction.

5. I do hereby DECLARE, under penalty of perjury and pursuant to 28 USC §1746, that the above and forgoing is true and correct on this 4th day of December 2024.

_____
Cole Morehead