IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BILFINGER, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:24-00362-JB-M |
| **INFAB, LLC, et al,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the Court on Defendant XCEL NDT, LLC's Motion to Dismiss. (Doc. 18). Plaintiff does not oppose the Motion. (Doc. 25). Upon due consideration, the Motion to Dismiss is GRANTED. This action is DISMISSED without prejudice.

**DONE and ORDERED** this 12th day of March, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE